**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Mariah Perkins and Devan Rice,

Of whom Devan Rice is the Appellant,

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-000409

———————————

Appeal From Greenville County
Katherine H. Tiffany, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-291
Submitted July 24, 2019 – Filed August 12, 2019

———————————

**AFFIRMED**

———————————

Dustin Christian Davis, of Dustin C. Davis, Attorney at Law, LLC, of Greenville, for Appellant.

Richard Whitney Allen, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

———————

**PER CURIAM:**  Devan Rice appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Rice's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.